# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DMP 1A LIMITED PARTNERSHIP, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No. 1:21-cv-00606-NONE-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(Doc. 8) |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant DMP 1A Limited Partnership shall have an extension of time of 28 days in which to respond to Plaintiff's Complaint to June 11, 2021.

IT IS SO ORDERED.

　　Dated: __**May 5, 2021**__　　　　　　_____ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE