UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: 1:21-cv-00606-NONE-JLT |
| Plaintiff, | **[PROPOSED] ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES** |
| v. | |
| DMP 1A LIMITED PARTNERSHIP, | (Doc. 10) |
| Defendant. | |

Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and Deadlines, and good cause appearing, the Court ORDERS:

1.     All dates, deadlines, and further activity in this case are stayed pending decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-15458, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, *Garcia v. Gateway Hotel L.P.*, No 21-55227, and *Garcia v. E.L. Heritage Inn of Sacramento, LLC*, No. 21-15674 (collectively, "Appeals").

///
///
///
///
///
///

2.      **No later than 14 days after** the opinion in the last of the four cases cited herein is issued, the Parties shall submit a joint status report within which informs the Court how the parties intend to proceed with this case in light of the rulings in the appeals. **However, if, before the last ruling is issued by the Court of Appeals, the parties become convinced that this case need not be stayed further**, they **SHALL** file a joint report at that time.

IT IS SO ORDERED.

Dated:  **May 23, 2021**                     **/s/ Jennifer L. Thurston**
                                             CHIEF UNITED STATES MAGISTRATE JUDGE