CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

Ashley N Arnett
aarnett@seyfarth.com
SEYFARTH SHAW LLP
601 South Figueroa St, Suite 3300,
Los Angeles, CA 90017-5793
Telephone: 213-270-9628 Work
Facsimile: 213-270-9601

Attorney for Defendant
DMP 1A Limited Partnership

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br>  Plaintiff, <br><br> v. <br><br> **DMP 1A Limited Partnership**; and Does 1-10, <br><br>  Defendants | Case No.: 1:21−CV−00606−JLT−CDB <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

### STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear

his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 12/28/2022       CENTER FOR DISABILITY ACCESS

By: /s/ Isabel Rose Masanque
Isabel Rose Masanque

Attorneys for Plaintiff

Dated: 12/28/2022       SEYFARTH SHAW LLP

By: /s/ Ashley N Arnett
Ashley N Arnett

Attorney for Defendant
DMP 1A Limited Partnership

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ashley N Arnett, counsel for DMP 1A Limited Partnership, respectively, and that I have obtained Attorney Arnett's authorization to affix their electronic signature to this document.

Dated: 12/28/2022            CENTER FOR DISABILITY ACCESS

                             By: /s/ Isabel Rose Masanque
                             Isabel Rose Masanque

                             Attorneys for Plaintiff